FRANCIS GOERTNER v. ELIZABETH W. GARDINER.

170 So. 844.

On Rehearing.

Opinion Filed December 5, 1936.

For Former Opinion, see 170 So. 112, 125 Fla. 477.

*Norris McElya,* for Appellant;

*Mitchell D. Price* and *Charles W. Zaring,* for Appellee.

## On Petition for Rehearing.

Per Curiam.—The petition for rehearing herein has been examined. We see no reason for modifying or receding from our opinion heretofore filed except to say that nothing contained therein was intended to adjudicate or to express any view as to whether or not Francis Gardiner was or was not divorced from Rose Goertner. The fact *vel non* of such a divorce is an open question.

Rehearing denied.

Whitfield, C. J., and Ellis, Terrell, Brown, Buford and Davis, J. J., concur.